TED R. MESSICK AND MILDRED M. MESSICK, PETITIONERS, v. THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF PARK, AND THE HONORABLE JACK D. SHANSTROM, A JUDGE THEREOF, RESPONDENTS.

No. 13798.
July 19, 1977.
565 P.2d 1391.

ORDER

PER CURIAM:

IT IS ORDERED that the application for writ of supervisory control in the above captioned cause is hereby denied.